UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICAH ANGEL,

                              Plaintiff,

            -against-

BEYONCE CARTER, et al.

                              Defendants.

22-CV-0486 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued February 28, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to pay the $402.00 in filing fees or submit a request to proceed *in forma pauperis*. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    February 28, 2022
          New York, New York

                                             /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             Chief United States District Judge